| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 0104 3:17CR00549-001 |
| TRANSFER OF JURISDICTION   22 CRIM | | DOCKET NUMBER *(Rec. Court)* |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
| | Puerto Rico | U.S. Probation Office |
| Rafael E. Mejia-Sanchez | NAME OF SENTENCING JUDGE | |
| | Hon. Daniel R. Dominguez, USDJ | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 04/27/2021 | TO 04/26/2024 |

OFFENSE

18:841(a)(1), and (b)(1)(C) – Possession with intent to distribute controlled substances

18:924 (c)(A)(i) – Possession of a firearm, in furtherance of a drug trafficking offense

PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____Southern District of New York_____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

_July 21, 2022_
Date

_[signature]_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

AUG 01 2022
Effective Date

_[signature]_
United States District Judge